IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

CARLOS DANIEL RODRIGUEZ INESTEOZA,    §
                                      §
         *Petitioner*,                §
                                      §
v.                                    §    CIVIL ACTION NO. 9:26-CV-00089
                                      §    JUDGE MICHAEL J. TRUNCALE
KRISTI NOEM, Secretary, U.S. Department of §
Homeland Security; PAM BONDI, U.S. Attorney §
General; GABRIEL MARTINEZ; ALEXANDER  §
SANCHEZ, Warden of IAH Secure Adult   §
Detention Facility,                   §
                                      §
         *Respondents*.               §
                                      §

## ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES

Before the Court is Petitioner Carlos Daniel Rodriguez Inesteoza's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file an Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 6th day of February, 2026.**

Michael J. Truncale
United States District Judge