IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CARLOS DANIEL RODRIGUEZ INESTROZA, | § § § | |
| *Petitioner,* | § § § | |
| VS. | § § | |
| PAM BONDI, in her capacity as United States Attorney General; KRISTI NOEM, in her capacity as Secretary of the U.S. Department of Homeland Security; GABRIEL MARTINEZ, in his capacity as Houston Field Office Director, Immigration and Customs Enforcement; ALEXANDER SANCHEZ, in his capacity as  Warden, IAH Secure Adult Facility, | § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00089 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § | |

## ACKNOWLEDGEMENT OF NOTICE OF VOLUNTARY DISMISSAL

The Court has received the Petitioner's Notice of Voluntary Dismissal filed in the above-styled matter. [Dkt. 4]. Plaintiff files this notice dismissing all claims in this matter with prejudice pursuant to Federal Rule of Civil Procedure 41.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the notice.

 It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 1st day of April, 2026.**

_____
Michael J. Truncale
United States District Judge